**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID S. WORTHINGTON, SB# 73233
2500 Venture Oaks Way
Suite 200
Sacramento, California 95833
Telephone: (916) 564-5400
Facsimile: (916) 564-5444

Attorneys for Defendant Flame Engineering, Inc.

UNITES STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JEFFERSON, <br><br> Plaintiff, <br><br> v. <br><br> FLAME ENGINEERING, INC. and DOES 1 to 20, <br><br> Defendants. | CASE NO. 2:06-CV-00721-DFL-DAD <br><br> **STIPULATION FOR PROTECTIVE ORDER; PROTECTIVE ORDER** |

IT IS HEREBY STIPULATED that:

1. The Red Dragon Model VT3-30C-500BTU Vapor Torch ("**Vapor Torch**"), and its component parts, manufactured by Flame Engineering, Inc., and which is the subject of this litigation, shall be preserved on the terms set forth in the Protective Order below.

Dated: May 25, 2006              **RUSHFORD & BONOTTO, LLP**

                                 By: /s/ James W. Rushford
                                     JAMES W. RUSHFORD
                                     Attorney for Plaintiff James Jefferson

Dated: May 31, 2006              **LEWIS BRISBOIS BISGARDD & SMITH, LLP**

                                 By: /s/ David S. Worthington
                                     DAVID S. WORTHINGTON
                                     Attorney for Defendant Flame Engineering, Inc.

## PROTECTIVE ORDER

Pursuant to stipulation of the parties, **IT IS HEREBY ORDERED**:

1. That the **Vapor Torch** shall be stored in a safe, enclosed area, whose location shall be made known to all parties;

2. That no damaging or destructive tests may be performed on the **Vapor Torch**, nor may there be any alteration, or modification to the **Vapor Torch**, except upon written stipulation by the parties or by prior court order;

3. That any testing or examination of the **Vapor Torch** shall be described in writing to all parties ten days before the date of the testing or examination, so that if any party objects, or believes that the proposed testing or examination will or may involve damage or destruction to the **Vapor Torch**, that party can seek judicial relief;

4. That all parties (including their counsel, investigators, experts, consultants, and other representatives) may inspect and photograph the **Vapor Torch**, upon providing reasonable notice to counsel all parties;

5. Each party will have the right to refer the **Vapor Torch** by air freight to their consultant(s) for a visual, tactile, photographic and/or radiographic examination by qualified examiner(s). Flame Engineering, Inc., specifically, would have the right and ability to subject the **Vapor Torch** to such analysis in LaCross, Kansas.

6. Consistent with this protective order, each party will have, amongst other rights, the right to examine the **Vapor Torch** in the following ways:

    a. The use of propane to and through the **Vapor Torch**, which would be lit;

    b. The use of manipulative devices which enable the examiner to inspect the interior surfaces of the torch where the flame is contained without damaging the **Vapor Torch** in any way;

    c. The use of X-ray equipment specially designed to photographically examine portions of the **Vapor Torch** that may be at issue; and

    d. The use of equipment to perform flame retention, flame temperature, and fuel consumption testing of the **Vapor Torch**.

6. That this Protective Order shall apply to all parties, their counsel, investigators, experts, consultants, and other representatives.

DATED: 6/6/2006

_____
DAVID F. LEVI
United States District Judge