IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JEFFERSON,                        NO. CIV.S-06-0721 DFL DAD

     Plaintiff,

  v.                                    ORDER

FLAME ENGINEERING, INC.,

     Defendant.
_____/

     This matter came before the court on July 21, 2006, for hearing on plaintiff's motion to quash subpoenas or, in the alternative, for protective order.  Attorney James Rushford appeared on behalf of plaintiff.  Attorney Randall Romero appeared on behalf of defendant.

     Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons set forth on the record during the hearing, the court finds

/////

/////

1

1 that the motion is rendered moot by the agreement reached between
2 counsel at the hearing regarding the production of redacted records
3 to defense counsel.

4  Accordingly, it is HEREBY ORDERED that plaintiff's motion
5 to quash defendant's subpoenas or, in the alternative, for protective
6 order is denied as moot.

7 DATED: July 25, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:im
Ddad1\orders.civil\jefferson0721.mtn_to_quash.wpd

2