**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID S. WORTHINGTON, SB# 73233
RANDALL H. ROMERO, SB#202608
2500 Venture Oaks Way, Suite 200
Sacramento, California 95833
Telephone: (916) 564-5400
Facsimile: (916) 564-5444

Attorneys for Defendant Flame Engineering, Inc.

UNITES STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JEFFERSON, | CASE NO. 2:06-CV-00721-DFL-DAD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR EXPERT DISCLOSURE AND DISCOVERY** |
| FLAME ENGINEERING, INC. and DOES 1 to 20, | |
| Defendants. | |

## RECITALS

Whereas, this court's Scheduling Order requires that Federal Rule of Civil Procedure 26(a)(2)(B) disclosures be made on or before October 20, 2006;

Whereas, this court's Scheduling Order requires that Federal Rule of Civil Procedure 26(a)(2)(C) disclosures be made on or before October 20, 2006;

Whereas, this court's Scheduling Order requires that discovery be completed by December 1, 2006;

Whereas, the parties expect that each will disclose several retained experts;

Whereas, the parties have been diligent in hiring proposed experts, providing those experts with information, and seeking preliminary evaluations from the proposed experts; and

Whereas, the parties believe that the disclosures discussed below will be more complete if additional time is allowed.

/ / /

**STIPULATION**

**IT IS HEREBY STIPULATED** by the parties to this action through their attorneys of record as follows:

1. The parties shall lodge with the Court and serve on all other parties the name, address, qualifications, résumé and a written report which complies with Federal Rule of Civil Procedure 26(a)(2)(B) on or before **October 20, 2006.**

2. The parties are also required to lodge with the Court and serve on all other parties any supplemental reports and disclosure of rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2)(C) on or before **November 10, 2006.**

3. The time within which to complete discovery will be extended until **December 15, 2006.**

Dated: October ___, 2006

**RUSHFORD & BONOTTO, LLP**

By  /s/ James W. Rushford
James W. Rushford
Counsel for Plaintiff JAMES JEFFERSON

Dated: October ___, 2006        **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

By  /s/ David S. Worthington
David S. Worthington
Counsel for Defendant FLAME ENGINEERING, INC.

**ORDER**

**IT IS SO ORDERED:**

Date: October 5, 2006

   /s/ David F. Levi
HONORABLE DAVID F. LEVI