1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID S. WORTHINGTON, SB# 73233
2 DANIEL L. McCRARY, SB# 227369
2500 Venture Oaks Way, Suite 200
3 Sacramento, California 95833
Telephone: (916) 564-5400
4 Facsimile: (916) 564-5444

5

Attorneys for Defendant Flame Engineering, Inc.
6

7

8 UNITES STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| JAMES JEFFERSON, | ) CASE NO. 2:06-CV-00721-DFL-DAD |
| Plaintiff, | ) |
| v. | ) **STIPULATION FOR DISMISSAL OF ACTION** |
| FLAME ENGINEERING, INC. and DOES 1 to 20, | ) |
| Defendants. | ) |

16        IT IS HEREBY AGREED between plaintiff JAMES JEFFERSON and defendant FLAME

17 ENGINEERING, INC. that this action may be dismissed with prejudice, each party to bear its own

18 fees and costs.  No other party has appeared in this action.

19 Dated:      February __, 2007

20                    **RUSHFORD & BONOTTO**
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
   2500 VENTURE OAKS WAY, SUITE 200
21

22                    _____
                     James Rushford
                     Attorneys for Plaintiff
23

24 Dated:      February __, 2007

25                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

26

27                    By_____
                     David S. Worthington
28                     Attorneys for Defendant Flame Engineering, Inc.

4814-7204-6337.1                    -1-
                    **STIPULATION FOR DISMISSAL OF ACTION**

1

**ORDER DISMISSING ACTION**

2        In light of the stipulation of counsel, IT IS HEREBY ORDERED that this action is dismissed

3   with  prejudice, each party to bear its own fees and costs.

4

5   Dated:  03/01/2007

                                    /s/ David F. Levi
6                                   **HON. DAVID LEVI**
                                    UNITED STATES DISTRICT COURT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20
LEWIS BRISBOIS BISGAARD & SMITH LLP
    2500 VENTURE OAKS WAY, SUITE 200
21

22

23

24

25

26

27

28

4814-7204-6337.1                        -2-

**STIPULATION FOR DISMISSAL OF ACTION**